# Third District Court of Appeal
## State of Florida

Opinion filed September 24, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-2043
Lower Tribunal No. 17-3968-CA-01
_____

**Julian Nunez,**
Appellant,

vs.

**Carlos Nunez,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Tanya Brinkley, Judge.

Gastesi Lopez Mestre & Cobiella, PLLC, and Raul Gastesi, Jr., Raul R. Lopez, and Melissa Armenteros, for appellant.

Piloto Law, P.A., and Andrea M. Piloto, for appellee.

Before SCALES, C.J., and LINDSEY, and BOKOR, JJ.

PER CURIAM.

Affirmed.